**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELISSA BOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-CV-00143-JAR |
| | ) | |
| SAKS FIFTH AVENUE, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND**
**MEMORANDUM IN SUPPORT OF SAME**

COME NOW Benjamin F. Westhoff, Donna L. Harper, and Sedey Harper Westhoff, P.C. and file this Motion for Leave to Withdraw as Counsel for Plaintiff and Memorandum in Support of Same.  In support of this Motion, counsel for Plaintiff states as follows:

1.      The Missouri Rules of Professional Conduct (Missouri Supreme Court Rules 4–1.01 to 4–9.1) have been adopted by this Court as the rules governing attorneys in proceedings in the U.S. District Court for the Eastern District of Missouri. *See* Local Rule 12.02.

2.      Counsel for Plaintiff requests leave from this Court to withdraw under Rule 4–1.16(b) of the Missouri Rules of Professional Conduct.  Professional considerations require termination of the representation.

3.       This action is in its earliest stages.  On March 4, 2019, this Court issued its Order Setting Rule 16 Conference.  The next deadline in the case is March 27, 2019, when the parties are to submit a joint proposed scheduling plan.

4.      Counsel for Plaintiff has informed Plaintiff of this motion, and has already provided her with a copy.

5.      Plaintiff is currently seeking other counsel.  Counsel for Plaintiff request that this Court grant Plaintiff sixty (60) days to retain other counsel.

6.      Counsel for Plaintiff further requests that the Court stay this action for sixty (60) days while Plaintiff seeks other counsel, including a stay of the Scheduling Conference set for the April 3, 2019 and the deadline of March 27, 2019 for the parties to submit a joint proposed scheduling plan.

7.      The parties have conducted no discovery yet and, as this Court has not yet entered a Case Management Order, the Court has not set a trial date.  Consequently, Defendant will not suffer any material adverse effect on its interests in this case as a result of the requested stay.

WHEREFORE, Benjamin F. Westhoff, Donna L. Harper, and Sedey Harper Westhoff, P.C. respectfully request that this Court enter an Order granting this Motion for Leave to Withdraw as Counsel for Plaintiff, granting Plaintiff sixty (60) days to retain other counsel, and staying the action for said sixty (60) day period.

Respectfully Submitted,

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Benjamin F. Westhoff*_____
Benjamin F. Westhoff, #53047
Donna L. Harper, #26406
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
bwesthoff@sedeyharper.com
dharper@sedeyharper.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies the foregoing was filed electronically with the Clerk of Court on this 6th day of March, 2019 which will automatically send electronic notice to Defendant's counsel noted below, and that a true copy of the foregoing was sent via U.S. Mail, postage pre-paid, and via electronic mail, to Plaintiff noted below:

Melody L. Rayl
Jessie F. Bustamante
Fisher & Phillips LLP
4900 Main St., Suite 650
Kansas City, MO 64112
mrayl@fischerphillips.com
jbustamante@fischerphillips.com
**Attorneys for Defendant**

Melissa Bock
14417 Valley Meadow Ct.
Chesterfield, MO 63017
**Plaintiff**

*/s/ Benjamin F. Westhoff*