# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA BOCK, | ) | NOTICE OF VOLUNTARY |
| Plaintiff(s), | ) | DISMISSAL |
| | ) | |
| | ) | |
| SAKS FIFTH AVENUE LLC | ) | Case No. 4:19-CV-00143-JAR |
| Serve: | ) | |
| CSC-Lawyers Incorporating Service Company | ) | |
| 221 Bolivar Street | ) | |
| Jefferson City, MO 65101 | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Melissa Bock, to state that I voluntarily move the court to dismiss the above captioned case without prejudice against the defendant.

Date: September 11, 2019

_____
Melissa Bock - Plaintiff

14417 Valley Meadow CT W
Chesterfield, MO 63017
314-786-5172

Copies of this document will be sent to the offices of:

Judge John A. Ross              CSC-Lawyers Incorporating Service
111 South 10th Street #12N      221 Bolivar Street
St. Louis, MO 63102             Jefferson City, MO 65101

1 of 2

Melody Rayl and J. Bustamonte
Fisher & Phillips, LLP
4900 Main Street, Suite 650
Kansas City, MO 64112

---

Notary Seal, Signature and Date:

Date: 9/11/19

Notary Signature _Peter J. Fritz_

[Notary Seal: PETER J. FRITZ, Notary Public, Commission # 18141332, St Louis County, State of Missouri, My Commission Expires 08-01-2022]

