UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELISSA BOCK, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:19-CV-00143-JAR |
| | ) |
| SAKS FIFTH AVENUE, LLC, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED without prejudice**.

Dated this 24th day of September, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE